No. 92–7538.   OMOIKE *v.* GSX LAND TREATMENT CO.   C. A. 5th Cir.   Certiorari denied.

No. 92–7548.   WELLS *v.* ORGILL BROTHERS & CO.   Sup. Ct. Tenn.   Certiorari denied.

No. 92–7552.   GUY *v.* NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 92–7558.   JOHNSON *v.* WALGREEN ET AL.   C. A. 1st Cir. Certiorari denied.

No. 92–7559.   SALAZAR CARDENAS *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 92–7564.   BURNS *v.* WHITLEY, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 92–7569.   MARSHALL *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 92–7580.   ANDREWS *v.* BRIGHT.   C. A. 8th Cir.   Certiorari denied.

No. 92–7581.   CHANDLER *v.* LOMBARDI ET AL.   C. A. 8th Cir. Certiorari denied.

No. 92–7582.   D'AMARIO *v.* O'NEIL, ATTORNEY GENERAL OF RHODE ISLAND.   C. A. 1st Cir.   Certiorari denied.

No. 92–7586.   NEWELL *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 92–7588.   MARTINEZ *v.* TURNER, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 92–7592.   LOPEZ *v.* SECRETARY OF THE AIR FORCE.   C. A. 5th Cir.   Certiorari denied.

No. 92–7609.   WHITEHEAD *v.* BRADLEY UNIVERSITY ET AL. C. A. 7th Cir.   Certiorari denied.

No. 92–7610.   SEPULVEDA-AQUERRE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 92–7611.   SAINTKITTS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.